Patrick Curry, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Hooker, Rich and Miller, JJ., concurred; Jenks, J., dissented on the ground that it was an error to refuse the instruction that actual notice or knowledge of any rule of the railroad did not have to be brought home to the plaintiff (See *Barker* v. *Central Park, etc., R. R. Co.*, 151· N. Y. 237, 242), and upon the further ground that there is no evidence that any excessive force was used, but only that necessary to eject the plaintiff within the right of the defendant.

Michael Gienty, Appellant, v. Knights of Columbus, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

International Filter Company, Respondent, v. Max Barr, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of the City of New York, Appellant, to Acquire Certain Real Estate in the Towns of Lewisboro, Poundridge and Bedford, Westchester County, New York, etc. (Cross River Dam and Reservoir, First Division, Westchester County). Daniel F. Cohalan and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John F. Myson, an Infant, by Jennie Myson, His Guardian ad Litem, Respondent, v. Evelina Knapp Hollins, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Ferdinand A. Reinheimer, Respondent, v. Joseph Davis and Louis Davis, Copartners, Composing the Firm of J. Davis & Son, Appellants.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Gaynor, Rich and Miller, JJ., concurred.

Joseph Shea, Plaintiff, v. George P. Bergen, as Executor, etc., of Ann Shea, Deceased, and Individually, Appellant, Impleaded with Charles J. Campbell, Respondent, and Margaret Connor and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

T. H. Simonson & Son Company, Appellant, v. John C. M. Sternberg and Others, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Hans Triest, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

William H. Caddy, Appellant, v. Interborough Rapid Transit Company, Respondent.— Motion denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.